UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher TOBBIE, Defendant–
Appellant.

No. 08–14595
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 10, 2009.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Christopher L. Tobbie, Butner, NC, pro se.

Before EDMONDSON, Chief Judge, CARNES and FAY, Circuit Judges.

PER CURIAM:

Oliver R. Register, counsel for Christopher L. Tobbie in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED,** and Tobbie's conviction and sentence are **AFFIRMED.**